Submitted on remand from the Oregon Supreme Court July 13, 2000, reversed and remanded May 23, 2001

ERIC SHELBY,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

96C-13586; A100036

25 P3d 408

Harrison Latto and Eric Shelby *pro se* for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and John T. Bagg, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded. *Meadows v. Schiedler*, 143 Or App 213, 924 P2d 314 (1996).